IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

TRIAD WESTERN CONSTRUCTORS, INC.

    Plaintiff,

vs.                                                       CV 10-0706 GBW/CG

CITY OF HOBBS,

    Defendant.

## ORDER GRANTING ADMISSION OF DANIEL A. GREGORY PRO HAC VICE

**THIS MATTER** is before the Court on *Plaintiff's Unopposed Motion for Admission of Daniel A. Gregory Pro Hac Vice* (Doc. 3), which was filed on August 12, 2010. Because the motion complies with D.N.M.LR-Civ. 83.3 and because it is unopposed, the Court being fully advised will GRANT the motion.

**IT IS THEREFORE ORDERED** that Daniel A. Gregory be admitted to appear in this action pro hac vice.

**IT IS SO ORDERED.**

_____
**THE HONORABLE CARMEN E. GARZA**
**UNITED STATES MAGISTRATE JUDGE**