IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

TRIAD WESTERN CONSTRUCTORS, INC.,
a Colorado corporation,

      Plaintiff/Counter-Defendant,

v.

                                                      No. CIV-10-00706 BB/CG

CITY OF HOBBS, NEW MEXICO, a New
Mexico municipal corporation,

      Defendant/Counter-Claimant,

and

CITY OF HOBBS, NEW MEXICO, a New
Mexico municipal corporation,

      Third-Party Plaintiff,

v.

CAMP DRESSER & McKEE; INC. and HDR
ENGINEERING, INC.,

      Third-Party Defendants.

## ORDER RE: EXTENSION OF TIME FOR DISCLOSURE DEADLINE

**THIS MATTER** is before the Court on the parties' *Stipulated Pre-Trial Motion for Extension of Time for Disclosure Deadline* ('Motion'). (Doc. 22). The Motion is unopposed and has been stipulated to by all counsel. The Court, being fully advised in this matter, finds the Motion is well taken and hereby **GRANTS** the Motion such that the parties shall serve their initial disclosures pursuant to Fed. R. Civ. P. 26(a)(1)(C) on or before December 31, 2010.

**IT IS SO ORDERED.**

_____
**THE HONORABLE CARMEN E. GARZA
UNITED STATES MAGISTRATE JUDGE**